IU

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

JUL 22 2024 MCP

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Daniel J. Fryar III
_____,

    **Plaintiff(s),**

    **vs.**

Rahm Emanuel, Keith D. Hill (ATU)
Kathryn Lowd (cTa) John Costa (ATU)

    **Defendant(s).**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:24-cv-06154
Judge Matthew F. Kennelly
Magistrate Judge Heather K. McShain
RANDOM/ CAT 2

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.    This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.    The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.    Plaintiff's full name is Daniel J. Fryar III                          .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _C.T.A    Kathryn Luade_, is
(name, badge number if known)

☐ an officer or official employed by _C.T.A_ ;
(department or agency of government)

_____ or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _CHicago_. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _7-24-23_, at approximately _5:00_ ☒ a.m. ☐ p.m.
(month, day, year)

plaintiff was present in the municipality (or unincorporated area) of _CHicago IL_, in the County of _Cook_,

State of Illinois, at _567 W. LAke ST. CTA HeadquarTess_,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☒ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☐ Other: _Misrepresentation of documents, Drafting unenforceable contract, violations of Constitutional, mishandling_

2

*Of my complete record* .

7.  Defendant officer or official acted pursuant to a custom or policy of defendant

    municipality, county or township, which custom or policy is the following: (*Leave blank*

    *if no custom or policy is alleged*): Kathryn Lunde

    _____

    _____

    _____ .

8.  Plaintiff was charged with one or more crimes, specifically:

    Unknown felonies, Not being forthcoming
    with a 2005 misdemeanor To management,
    w/o investigation. Allowed altered documents
    To be submitted into court, with my signature
    being forged unto them.

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal*
    *proceedings under "Other"*) The criminal proceedings

    ☐ are still pending.

    ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a

    fair trial as follows Multiple felonies no court no Law Enforce-
    ment could find, Refusal of findings .

    ☒ Other: Unknown Felony Charges, Dates, courts .
    or Judges

    [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
    may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
    conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

4.    Defendant, _ATU Local 241 President Keith Hill_, is
        (name, badge number if known)

☐ an officer or official employed by _____;
                             (department or agency of government)

_____or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.    The municipality, township or county under whose authority defendant officer or official

acted is _Chicago_. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.    On or about_____, at approximately _____ ☐ a.m. ☐ p.m.
          (month,day, year)
plaintiff was present in the municipality (or unincorporated area) of _Chicago_

_IL._, in the County of _Cook_,

State of Illinois, at _Union office of local 241,_,
               (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐    arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐    searched plaintiff or his property without a warrant and without reasonable cause;
☐    used excessive force upon plaintiff;
☒    failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐    failed to provide plaintiff with needed medical care;
☒    conspired together to violate one or more of plaintiff's civil rights;
☒    Other:
        Harrassed, Posted false claims to social media
        Made false statements to ILRB on behalf of

*C.T.A., Refuses to follow up, Job interference* .

7.  Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (***Leave blank if no custom or policy is alleged***): *Keith Hill* 

_____

_____

_____

8.  Plaintiff was charged with one or more crimes, specifically:

*False felony charges, (as explained by named person K. Hill).* 

_____

_____

9.  (***Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"***) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows *Refusal of representation, collusion with city and company.* .

☐ Other: _____ .

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

On May 8, 2024, it was discovered
that between the Chicago Transit Authority
and ATU local 241, brought forth Altered
documents with my Name forged onto
them. I obtained the altered documents
during a deliberations hearing between
Brown Vs. CTA, ATU. Case No. 22-cv-0675.
This document is marked Exhibit 3.
On May 8, 2024, I was actually able
to recover the correct documents
via FOIA from the CTA, which I did
Sign. Dowd, Bloch, Bennet, Cervonet
Yokich LLp, 8 S. Michigan Ave. 19th floor
Chicago IL. 60603. Phone:(312)372-6596
Was the law firm that presented these
documents on behalf of their client
ATU. These documents are not only
knowingly altered, but deliberately
used to mislead the courts, but also
deliberately divert questioning me
to mislead my answers as to make
me appear untruthful. before the
Courts, When I tried to question
something pertaining to Exhibit 3,
I was shut down, and the questioning
continued, by ATU attorneys.

July 28, 2023, a deliberations hearing was called into session at about 10:00 am. All law firm members were introduced. I introduced myself in person. At about 10:14 approx., hearing begins. I was handed exhibit 3, I looked through it, something did look off. I began answering questions. Noticed that Ex. Post-Facto rules were being violated. Though this Return to Work/Tentative Agreement was presented into court, the true purpose of it is that all violations of rules were already settled in the agreement on the part of C.T.A. and a promise from me NOT to violate rules again. Exhibit 1a is the true agreement I signed, Exhibit 1b + 1c are the altered documents. There are two different documents dated in 2016, Exhibit 1a and 1b. Exhibit 1c. was NOT only altered, but, The original document was completely removed. When I asked for proof of claims of any felonies comitted, it was stated that it was "priviledged information" by the union. I argued that felonies are "Public". Then any + all attempts to communicate during deliberations ceased.

Under discovery, the following violations
have become clear:
18 U.S. Code §1519 - Destruction, alteration and/or
falsification of records (Return to work)
agreemT / tentative agreement)
720 ILCS 5/17-3, 18 USC § 371, 18 U.S.C. § 401*
18 USC, Ch 25 (Counterfeiting + Forgery (Signature
and Altered Documents), 18 U.S.C. §371, 923, 18
Rule 60(d)(3) fraud on the courts. During deliberations
hearing, I was handed Exhibit 3. I specifically
stated "something doesn't look right here".
Dowd, Block, Bennett, Cervone attorney pushed
forward, refusing to respond to the objection.
When this came before the courts, this same
document (Exhibit 3) was used to disqualify
me as being a "credible witness" before the
courts. In doing so, I allege that this act
was carried out to deliberately mislead the
court, the decision to disallow me to come
forward as a witness in the Brown vs. ATUCTA
Case. Also, I allege that in doing so, This act
is a deliberate attempt to misrepresent
the true nature of the issue of this
true Return To work / Tentative agreement.
There are reasons why these
documents were altered.

The reasons why these documents
were altered actually stemmed from two
whistleblowing acts by Plaintiff against
both Rahm Emanuel, and ATU president
Keith D. Hill. THE Whistleblower Complaint can be
found in my email against Rahm Emanuel. My
calling out and exposure of a private, backroom
deal of a school property between Rahm
Emanuel and ATU president Keith D. Hill
can be viewed via Facebook groups. I have
in my possession the contractual agreement
of the property located on 8363 S. Kerfoot Ave
801 W 84th street, Chicago IL, 60620. Thanks
to a collaboration of fellow co-workers, was
I able to obtain a copy of this contract.
When I suggested to post this, Nobody
would come forward to do so, because
of retaliation from the Union president
Hill. So I, stepped up bravely, and made
Sure "ALL" co-workers were able to see
this contractual agreement, The majority
knew nothing about. After which, I was
retaliated against by president Hill.
From being harassed at a small job I
repair vehicles, to online (Facebook) being
accused of being a felon, with multiple
felonies.



Felonies to date, both the C.T.A. nor
The ATU local 241 to date refuse to
prove to exsist. Even after I personally
hand delivered the documents requested
by president Hill, still to date has
never been rectified. Documents were
obtained at 555 W. Harrison, as that
was the very last courthouse I had
a hearing. I was instructed by the
representative what pages to submit
to the union. The recording secratary
made sure I witnessed her, place
the requested documents in his
office, I thawked Recording secratary
To: Bowers for doing that and left the
union office. To date, no respowse. However,
during a dispute on facebook pertaiwing
to the school property, L. Jones, (retired)
came on and asked on President Hills
request and behalf, If Hill could
have my permission to post the
documents I hand delivered to his
Office. I immediately denied the
request stating, "He must ask me
that himself". Nothing after that.

Enter Gus Stevens. A former union Represe
Representative with ATU local 241 and
now retired serviceman in Maintenance
department. Mr. Stevens, once catching
wind of what happened to me,
volunteered to aide in bringing forth
most of the evidence being presented
to the courts. He too possesses the true
documents mentioned, via FOIA. In
doing so, Mr. Stevens also discovered
an anomaly in my work record as well.
His experience and knowledge as a
union representative will also be a
major impact on the true nature of
this issue. Therefore, I trust him as
my Expert Witness.

Exhibit 2: Collusion

This document from the Illinois Labor Relations Board clearly demonstrates a another false claim of Plaintiff being a felon. Two complaints were filed. One against ATU 241 and C.T.H. Both Were dismissed due to late filing. Yet, The act to misrepresent my record and mislead the ILRB Was committed. Exhibit 2, is actually for the CTA. ATU president Hill spoke on behalf of the CTA's false felony findings, The CTA at no time stated otherwise and allowed The ATU president to participate in this act. Even though, the courts law enforcement, government and any and all reporting agencies proved otherwise, Both the C.T.A and ATU to date, still manage to uphold these felonies against me that do not Exist.

Therefore I Daniel J. Fryar IV
(Plaintiff) am requesting the following
from <u>CTA only</u>:

1.) Proof of "Any" findings of felonies.
Including who performed The
background check. Date of finding,
whom overseen this background check.
Clearance from Courts, ILRB, and all
reporting agencies to post these findings
to other ~~potential~~ employers.

2.) Do Not Hire List. Who placed, placed
plaintiff on this list. What qualified
plaintiff to be placed on this list.

3.) Work record from 2012 - 2014.

4.) Copy of any and all felony/felonies
brought before the COURTS. Including
Judge/Judges, Case Numbers, Dates, ~~and~~ of
When felonies OCCURRED between 2014
2016, and 2016 to CURRENT date.

5.) Under Employer Rights, Provide evidence
that allows New Management to retro-
actively hold employees accountable
for violations, acts; issues that were
addressed prior, Change rules to
benefit the company, including jeapordizing
ones livlihood.

Therefore I Daniel J. Fryar IV
(Plaintiff) am requesting the following:
from  A.T.U 241 only:
1) Proof of findings of felonies.
Including specifically: Court Dates,
Incarceration facility, Judge(s), How
much time served.
2) The "Original" copies of Plaintiffs
return to work agreements 2012,
2016, and 2018 which is in the
Unions possession.
3) Copy of court documents ordered/
instructed to be submitted to
President Hill, by Hill. These
documents were produced at my
expense at 555 W. Harrison.
4) Copy of contract of school
property located on 83rd & Vincennes
Ave., signed by ATU president and
Rahm Emanuel. Along with full
agreement of the entire union
membership.
5) Any and all documents pertaining
to Plaintiffs Work Record.
6) Names, badge numbers, positions
Work locations of those whom
presented The claims of plaintiff

having felonies, discovered felonies
in background check, This includes
text, emails, fax, mailed letters.

7.) Do NOT Hire List.

Who is the Author/decision maker of
this list. Who all agreed, and how
Plaintiff qualified to be placed on
this list.



4.   Defendant, _Keith D. Hill_____, is
                                      (name, badge number if known)

     ☑ an officer or official employed by _C.T.A + ATU local 241 President_
                                           (department or agency of government)
     _____or

     ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.   The municipality, township or county under whose authority defendant officer or official

     acted is _Cook_____. As to plaintiff's federal

     constitutional claims, the municipality, township or county is a defendant only if

     custom or policy allegations are made at paragraph 7 below.

6.   On or about _7-24-23_, at approximately _9:00_  ☑ a.m. ☐ p.m.
                    (month, day, year)
     plaintiff was present in the municipality (or unincorporated area) of _Chicago_

     _____ _Il._____, in the County of _Cook_____,

     State of Illinois, at _____,
                            (identify location as precisely as possible)

     when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

     ☐    arrested or seized plaintiff without probable cause to believe that plaintiff had
          committed, was committing or was about to commit a crime;
     ☒    searched plaintiff or his property without a warrant and without reasonable cause;
     ☐    used excessive force upon plaintiff;
     ☒    failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
          one or more other defendants;
     ☐    failed to provide plaintiff with needed medical care;
     ☒    conspired together to violate one or more of plaintiff's civil rights;
     ☒    Other:
          _Harrassed, Posted false claims to social media,_
          _Made false statements to ILRB on behalf of_

2

4.   Defendant, *Kathryn Lowde* _____, is
     (name, badge number if known)

     ☐ an officer or official employed by *C.T.A.* _____ ;
                                         (department or agency of government)

     _____ or

     ☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.***

5.   The municipality, township or county under whose authority defendant officer or official

     acted is *Cook* _____ . As to plaintiff's federal

     constitutional claims, the municipality, township or county is a defendant only if

     custom or policy allegations are made at paragraph 7 below.

6.   On or about *7-24-23* _____ , at approximately *9:00* _____ ☒ a.m. ☐ p.m.
                  (month, day, year)
     plaintiff was present in the municipality (or unincorporated area) of *CHicago*

     _____ *IL.* , in the County of *Cook* _____,

     State of Illinois, at *567 W. Lake ST. C.T.A HeadquarTers*
                          (identify location as precisely as possible)

     when defendant violated plaintiff's civil rights as follows ***(Place X in each box that
     applies)***:

     ☐   arrested or seized plaintiff without probable cause to believe that plaintiff had
         committed, was committing or was about to commit a crime;
     ☒   searched plaintiff or his property without a warrant and without reasonable cause;
     ☐   used excessive force upon plaintiff;
     ☒   failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
         one or more other defendants;
     ☐   failed to provide plaintiff with needed medical care;
     ☒   conspired together to violate one or more of plaintiff's civil rights;
     ☒   Other:
         *MisrepresenTaTion of Documents, DrafTing unenforceable*
         *ConTracT, violaTions of U.S. ConsTiTuTion, mishandling*

2

CTA. Refuses To follow up, Job interference

7.  Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): Keith Hill

_____

_____

_____ .

8.  Plaintiff was charged with one or more crimes, specifically:

False Felony Charges (as explained by Named person K. Hill)

_____

_____

_____

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows Refusal of representation, collusion with city and company.

☐ Other: _____ .

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

*of my complete record* _____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

*Unknown felonies, NOT being forthcoming with a 2005 misdemeanor to management w/o investigation. Allowed altered documents to be submitted into court, with my signature being forged onto them.*

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows *Multiple felonies no court, NO law enforcement agencies could find. Refusal of finding.*

☒ Other: *Unknown Felony Charges, Dates, Courts or Judges*

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3



10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Accepted gift/reward/bribe from Former Mayor Rahm Emanuel in the form of a School property ATU members (92%) knew nothing about, in exchange to allow questionable discharges to continue so the company could be privatized. Interfered with discharged employees hiring at PACE Suburban, and/or elsewhere. Promoted discharge on behalf of C.T.A. Allowed the C.T.A. to falsely accuse me of having multiple felonies never committed.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Unable to advance at PACE Suburban, Loss of employment.

13. Plaintiff asks that the case be tried by a jury.   ☒ Yes      ☐ No

4



10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

background check, unreasonable search of records Altering, manipulation of contracts, Submitting altered contracts in a court case, refusal to produce any findings of felonies, court info. On July 26, 2023, During a delaberations hearing, an exhibit of evidence was submitted that clearly shows the act of Ex Post Facto and altering of documentations which prevented Plaintiff to return to work. Also, Attorney for C.T.A Andrew Scott continued the act by questioning plaintiff violating Ex Post Facto under Article, 1 s9.c3.3, and Article s10.cl.5 No bill of attainder,

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Unable to return To work whole, Not able to Work at PACE suburban, Loss of residence, family separation, Loss of income

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

**STATE OF ILLINOIS**
**ILLINOIS LABOR RELATIONS BOARD**
**LOCAL PANEL**

| | |
|---|---|
| Daniel J. Fryar, IV, | |
| Charging Party | |
| and | Case No. L-CB-19-039 |
| Amalgamated Transit Union, Local 241, | |
| Respondent | |

**DISMISSAL**

On February 1, 2019, Daniel J. Fryar, IV (Charging Party) filed a charge in Case No. L-CB-19-039 with the Local Panel of the Illinois Labor Relations Board (Board), in which he alleged that the Respondent, Amalgamated Transit Union, Local 241 (Respondent) engaged in unfair labor practices within the meaning of the Illinois Public Labor Relations Act (Act), 5 ILCS 315 (2014), *as amended.* After an investigation conducted in accordance with Section 11 of the Act, I determined that the charge fails to raise an issue of law or fact sufficient to warrant a hearing. I hereby dismiss this charge for the following reasons.

**I. INVESTIGATION**

The Chicago Transit Authority (CTA) (Employer) employed Charging Party as Bus Operator until November 2014. As such, he was a member of a bargaining unit (Unit) represented by Respondent. Respondent and Employer are parties to a collective bargaining agreement (CBA) for the Unit that includes a grievance procedure culminating in final and binding arbitration. Charging Party alleges that Respondent violated Section 10(b)(1) of the Act when it failed to represent him

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

        as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

        and/or any other claim that may be supported by the allegations of this complaint.


        **WHEREFORE,** plaintiff asks for the following relief:

A.      Damages to compensate for all bodily harm, emotional harm, pain and suffering,

        loss of income, loss of enjoyment of life, property damage and any other injuries

        inflicted by defendant;

B.      ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages

        against the individual defendant; and

C.      Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Daniel J. Fryart_

Plaintiff's name *(print clearly or type)*: _Daniel J. Fryar II_

Plaintiff's mailing address: _9100   S.   Justine Ave._

City _Chicago_          State _IL._     ZIP   _60620_

Plaintiff's telephone number: ( _708_ _310 – 8749_          .

Plaintiff's email address *(if you prefer to be contacted by email)*: _Kn1ghTguy48.@gma_
_gmail.com (K.o #1 ghT guy)_

15.     Plaintiff has previously filed a case in this district.  ☒ Yes  ☐ No

        *If yes, please list the cases below.*


*Any additional plaintiffs must sign the complaint and provide the same information as the first*
*plaintiff. An additional signature page may be added.*

5